TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00518-CV
 
 




 

 

S. C., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 146th
 District Court OF Bell COUNTY
 NO. 251,311-B,
 The Honorable Rick Morris, JUDGE PRESIDING
 
 




 


 
 
                                                                      O
 R D E R
 PER CURIAM
 Appellant S.C. filed her notice of appeal on August 1, 2012.  The appellant’s brief was filed on August 20, 2012, making appellee’s
 brief due September 10, 2012.  On September
 7, 2012, counsel for appellee filed a motion for extension of time to
 file her brief.  
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule constrains this
 Court’s leeway in granting extensions. 
 In this instance, we will grant in part the motion and order counsel
 to file appellee’s brief no later than September 27, 2012.  If
 the brief is not filed by that date, counsel may be required to show cause why she should
 not be held in contempt of court.
  
 It is ordered on September 12,
 2012.
  
 Before
 Justices Puryear, Pemberton and Henson